IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILSON JACKSON,

    Plaintiff,

  v.

Case No.  19-cv-366-bbc

JILL DRESSLER, LOURI NEUROTH,
J. BROWN, SCHOFIELD, HANSEN,
DAGGENHARDT, SNYDER-MYER,
J. JENSEN, MALACHY, BROCKWAY,
DEPARTMENT OF JUSTICE,
BRAD SCHEMEL, JOSHUA KAUL,
CINDY O'DONNELL, GARY BOUGHTON,
ELLEN K. RAY, J. PAYNE, WILLIAM
BROWN, BRAD HOMPE, L. ALSUM,
EMILY DICKERSON, JOLINDA
WATERMAN, ANTHONY BROADBENT,
TRINA KROENING, CO II MUM,
SGT. ALLEN, AND SGT. EAGLEBURGER,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 6/11/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |